JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAUREL BROWN OXLEY, | ) | Case No.: EDCV 16-01866-JDE |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Court's Order.

Dated: ____June 15, 2017____

_____
JOHN D. EARLY
United States Magistrate Judge